UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTICE SUH<br><br>Defendant. | Case No. 18-cr-375 (RC)<br><br>**UNDER SEAL** |

## ORDER

Upon consideration of the government's unopposed motion to unseal this matter, it is hereby ORDERED that the above-captioned matter be unsealed.

_____
JUDGE RUDOLPH CONTRERAS

1/24/2019
DATE

4