# EXHIBIT B

The Honorable Rudolph Contreras

United States District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, DC 20001

Your Honor,

My name is Kayla Garrett and I am a current senior at Georgetown University. Justice and I began dating our freshman year of college and have been best friends ever since.

One quality I admire about Justice is that he is hard-working. One time during our sophomore year, Justice got a call from The Corp in the middle of the night. He was told that there was a software failure and their servers were experiencing serious problems. Even though it was midterm season, a very stressful time for students, he still got out of bed to fix the problem all through the night. He didn't come back until afternoon the next day, after the problem had been solved. While he was working at Ridgeline International, he often brought his work home. He never saw it as a chore because he always enjoyed the projects he was doing. He would talk to me about it daily even though I could barely understand what he was saying. Ridgeline saw how hard-working he was and his potential, which is why they continued to give him more and more complicated projects. He would stay up till the early morning ensuring that when he finished the project, it was his best work. Justice puts his heart into his work and this has consistently been the case since I've known him.

Justice often goes out of his way to help others. Because he is so knowledgeable about computer science, he was always willing to help out his colleagues with both schoolwork and Corp related work. I would sometimes join him in his office and see how willing he was to stop what he was doing to help them out with any problems they were having. He was highly respected for his contributions to the company, kindness, and leadership.

Above all else, he has been my biggest supporter. I have had some traumatic childhood experiences that have affected my ability to communicate my emotions and my mental health. But Justice has always been there to listen. He encourages me every day to talk about my feelings instead of being emotionally distant. He encourages me to talk about the experiences rather than keeping them to myself. I have become more open with myself and others because of his support. I can honestly say that I have improved and can only continue to improve with him by my side.

I have seen firsthand how this incident has affected him. After the FBI came to our apartment, he began to fully understand the consequences of his actions. I watched him send emails to professors saying he could no longer work as their teaching assistant. I watched him resign from his job at Ridgeline. I watched him email his Dean to withdraw from school. He had to give up so much because of his immaturity. He feels immense regret for what he has done, and I see how disappointed he is with himself.

Despite all of this, he has remained strong and determined. Ever since he has been attending therapy sessions, I have seen a gradual improvement in how he expresses his emotions. He is actively working on expressing his anger properly. He has been writing in a diary frequently, which is surprising to me as he dislikes reading and writing about any topic unrelated to

computer science. Overall, therapy has helped him not only work on his problems but better understand them. This incident, although unfortunate, has helped him improve as a boyfriend, brother, and son. I ask the court to consider how his sentence would affect the people who care for him, as he is an integral part of our lives.

Sincerely,

Kayla Garrett

Kayla Garrett

Justice's Girlfriend

Madison Suh, Joshua Suh, and Caleb Suh
10215 Lawyers Road, Vienna, VA 22181

---

April 1, 2019

The Honorable Rudolph Contreras
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Sir,

Justice Suh is our oldest brother. He has been a great brother who always looked out for us and who was a role model for us growing up. He is caring and responsible and always tried to do the right thing. He is a great person that always stands up for and helps others.

When we heard about what happened, we were very surprised because his actions did not seem like those of the brother we had known throughout our lives. We also believe that we may have directly contributed to his stress during this period, because some of us were dealing with depression and Justice was the one taking care of us. When Madison, also a student at Georgetown, was depressed, it was Justice that first identified the problem, helped him receive mental health care, and visited the hospital each day through the ordeal. When Joshua was depressed in high school and left home, it was Justice that found him and helped bring him home and into mental health programs. When Caleb, the youngest, was trying to understand what was going on, it was Justice who sat down to encourage him and to keep the brothers strong and supportive of each other. It was during this difficult period that Justice reacted to the conflicts he was having with his Corps leaders by acting out and doing what he did. We believe that the burden of responsibility of being the oldest brother and the one having to help us all deal with our own teenage problems was an important influence on the mistakes he made.

He has paid the price already. He had to leave Georgetown and his many friends. He lost his job doing what he loves, computer programming. He was scared by the FBI raid and the ongoing investigations. He has had a long time waiting on the trial and has had to put his life on hold. He has been embarrassed in front of his family, friends, professors, and others. He may never be able to pursue his dream of becoming a computer programmer working on exciting and important projects. These are more hurtful impacts than you can imagine.

But, we respect how he has responded. He knows that he was wrong, and he has apologized to the Corps leaders. He has accepted the consequences of his actions. He is trying to be better and has been going to counseling to understand why he reacted the way he did. He has volunteered his time and expertise to community service organizations and continued to work as much as possible. He has shared his own lessons learned with each of us so that we do not make similar mistakes. He continues to be a great and loving brother, and he continues to be a role model for us. We hope that he will be able to move on from this mistake and to make a better life for himself.

Madison Y. Suh Joshua T. Suh Caleb T. Suh

Ryung and Yono Suh
10215 Lawyers Road, Vienna, VA 22181

March 24, 2019

The Honorable Rudolph Contreras
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

REF: United States v. Justice Suh

Dear Judge Contreras,

Justice Suh is the oldest of our four sons, and he has pled guilty on the felony charge of computer fraud. We wanted to share our perspectives as his parents. We had been hopeful that, given the mitigating factors in his case and his youth, he would be given some leniency earlier during this process. The federal felony charge, however, has now brought permanent and irrevocable consequences that are remarkably severe. We ask that his sentencing reflect an understanding of the mitigating factors and a recognition that he has learned his lessons quite convincingly and that he be granted unsupervised probation without any periods of incarceration.

Our family recognizes the value of honesty, integrity, and respect for law and order. I served for 26 years in the Army in service to our nation, with multiple overseas and combat deployments. Justice's grandfather is a retired Presbyterian minister and an Army veteran as well. Justice's great-grandfather was a political science professor at Southwestern University and a former presidential cabinet minister in the Republic of Korea before our family emigrated to America in the 1960s. Our extended family is filled with public servants, military service members, law enforcement officers, and others who recognize the importance of living a good and proper life. And, these have been Justice's influences and values throughout his childhood.

Justice had been a model citizen until these recent incidents. He was an Eagle Scout, a kind and warm big brother to his siblings, the boy with a strong sense of justice and fairness, and a high-performing college student and IT leader at Georgetown University. His actions during these incidents were so uncharacteristic that it was a shock to our entire family and led to a great deal of introspection for us all.

We all recognize that his actions were the result of his social immaturity and an ill-advised response to interpersonal conflicts with his fellow students at the Corps. We know that his immaturity, at least in part, stems from a genetic condition he was born with called Joubert Syndrome which has slowed his emotional and social skills development. We also suspect that his adverse response to interpersonal conflict may have been impacted by the fact that he was home-schooled until he started college, in an environment in which he rarely faced and dealt with such conflicts. We know that Justice was helping his siblings deal with several mental health hospitalizations earlier in the year, and these incidents surely exacerbated his own stresses and frustrations about his interpersonal conflicts with the new Corps IT Director. These factors

may or may not have legal relevance, but they provide important context for understanding Justice's situation and frame of mind. His actions reflect the poor choices made by an immature young man, not the behavior of a felonious criminal with nefarious intent.

The tragedy we face here, however, is the severity of consequences for the mistakes made by this very young man at the start of his adult life. His college experience and his ability to graduate from Georgetown University have already been terminated. His experiential learning internships with exciting technology companies have permanently ended. He has faced shame and embarrassment from his friends and family. He has paid financially for all the damages that he may have caused through his actions. Quite importantly, his future prospects as a computer programmer – the vocation for which he has the greatest passion – have now been curtailed and diminished for the long-term. These are severe consequences for a child making his first set of mistakes at the dawn of his career. He has taken responsibility for his actions, and he has paid dearly already across a number of personal and professional fronts.

Justice has accepted all of these things with contrition and dignity, and he has been focused on individual counseling to help him mature and grow and on community service to help him find a way to contribute positively despite these recent events. He has been willing to cooperate fully and has shown deep remorse for his actions. He has learned his lessons, and he is trying to find a way to rebuild his life in the wake of the consequences he has already accepted. The felony conviction alone irreparably damages his career options and causes immeasurable suffering for decades to come. A life-long sentence for the youthful indiscretions of a young man learning how to navigate through life seems particularly harsh. We ask that he be shown some measure of leniency in determining his sentencing, with no jail time and limited restrictions with unsupervised probation.

Our entire family believes in standing up and taking personal responsibility for our own decisions and behaviors. Justice has done that as well. We ask for your mercy and understanding as you consider sentencing recommendations for this young man. Thank you.

Sincerely,

Ryung Suh
Justice's Father

Yono Suh
Justice's Mother