# EXHIBIT C

1789
GEORGETOWN UNIVERSITY

***School of Nursing & Health Studies***
*Department of Health Systems Administration*

March 31, 2019

The Honorable Rudolph Contreras
United States District Court for the District of Columbia
333 Constitution Avenue, NW, Washington, DC 20001

Dear Judge Contreras:

I am writing a character reference for Justice Suh. I served as his faculty advisor and his professor when he was a student in the Department of Health Systems Administration, here at Georgetown University, and I have great respect and affection for him. Justice is an exceptionally talented young man, a leader amongst his peers, and a person of high moral caliber. He has demonstrated intellectual curiosity and excelled academically during his time at Georgetown. He has a critical and reflective nature to his understanding of the world around him and a passion toward social justice and public service. He takes seriously the Jesuit values of *Men and Women for Others* and *Contemplation in Action*. He is particularly talented as a computer programmer, which led him to be selected as a sophomore to become the IT Director for the CORPS, a student-run organization at Georgetown.

Justice displays confidence, compassion, and intelligence in his interactions with peers. He is the first to rise to the defense of friends and strangers who may be bullied. He is the first to encourage fair play and right conduct when faced with moral ambiguities. He is attentive and present, as well as calm and comfortable, when he communicates with others. He exudes a moral fiber and strength of character that are rare among young men his age. As a Jesuit institution, Georgetown University is particularly impressed with students who exhibit excellence in all that they do, a humility in their accomplishments, a respect and collegiality toward others, and a deep commitment to service and the public good. Justice has shown himself to be an exemplar in these respects.

It was a total shock to hear about his actions and his departure from Georgetown, as this behavior was so out of character for him. But, he was honest and forthright about what had happened, and he expressed deep remorse for the mistakes in judgment. His life and his potential accomplishments have already been deeply wounded by the consequences of a felony plea, but I remain hopeful. He has already focused his attention to making amends, learning to better understand his own actions, and taking his many talents and using them for good through community service. His inherent strengths and his moral character remain unchanged, and these will carry him through to the next stage of his life. My hope is that his sentencing will be consistent and fitting for the transient errors of a young man and that redemption remains on the horizon. Thank you.

Robert W Carr

Robert W. Carr, MD, MPH
Associate Professor and Program Director

*Box 571107 Reservoir Road NW St. Mary's Hall Washington DC 20057-1107*
*Tel: (202) 687-8521 Fax: (202) 784-3128*

INVESTING IN FAMILIES • STRENGTHENING COMMUNITIES

NVFS
Northern Virginia Family Service

**Stephanie Berkowitz**
President and CEO

**Administrative Offices**
10455 White Granite Dr.
Suite 100
Oakton, VA 22124
571.748.2500 • nvfs.org

**Program Centers**

**City of Alexandria**
Healthy Families

**Arlington County**
Early Head Start
Head Start
Multicultural Center

**Fairfax County**
Bailey's Crossroads Community Shelter
Clock Tower Thrift Shop – Centreville
Clock Tower Thrift Shop – Falls Church
Multicultural Center
Training Futures

**Loudoun County**
Early Head Start

**City of Manassas**
SERVE Campus

**Prince William County**
Early Head Start
Hilda Barg Homeless Prevention Center

United Way of the National Capital Area #8099
CFC #79645

Northern Virginia Family Service Celebrating 90 Years 1924 - 2014

April 4, 2019

The Honorable Rudolph Contreras
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

The Honorable Rudolph Contreras:

Northern Virginia Family Service (NVFS) is a private, nonprofit organization dedicated to permanently lifting families out of poverty. Justice Suh has been a stand-out volunteer at NVFS since August 2018. He came will a willingness to volunteer in any administrative capacity necessary and proved his dedication, dependability and flexibility from the start. He was committed, volunteering an average of 30- 35 hours per week and totaling over 620 hours in his eight months with us. His tasks have ranged from simple document scanning, data entry and filing projects to skilled IT help desk, hardware and software support.

In addition to his dedication, dependability and flexibility, Justice is hard-working and genuinely cares about doing a good job. He did coding and set up applications that automated many processes for our IT department, significantly improving the department's efficiency and productivity. He was always solution-focused in his approach and was able to think quickly on his feet. Justice's knowledge, support and enthusiasm to achieve success has truly made a lasting significant impact for NVFS's administrative infrastructure. Additionally, he was delightful to work with – always calm and measured, very polite, and he built rapport with our staff very easily.

Justice has matured over the last six months and appears very ready to leave past mistakes behind and move forward with his life. He clearly demonstrates the motivation and initiative to push through challenges to achieve his goals.

Northern Virginia Family Service (NVFS) is a private, nonprofit community service organization dedicated to helping individuals and families find new paths to self-reliance and brighter futures. Each year NVFS helps more than 35,000 people by providing case management, safe housing, counseling, medical and dental access, child care and development, affordable loans, foster and respite care, job training and more.

If you have any questions, please contact me at 571.748.2626 or khorowitz@nvfs.org.

Sincerely,

Karen Horowitz
Director, Community & Volunteer Engagement

RIDGELINE INTERNATIONAL

8281 Greensboro Drive, Suite 300
Tysons Corner, VA 22102
Tel: +1 703 544 2424
www.ridgelineintl.com

23 March 2019

The Honorable Rudolph Contreras
United States District Court for the District of Columbia
E Barrett Prettyman United States Courthouse
333 Constitution Ave NW, Rm. 4903A
Washington, DC 20001

RE: UNITED STATES OF AMERICA V. JUSTICE SUH U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CASE NO. 18-CR-375 (RC)

Dear Honorable Rudolph Contreras:

My name is Erik Wittreich and I write on behalf of Justice Suh. I am the Chief Executive Officer (CEO) of Ridgeline International, Inc., a 150-person technology services company. I have known Justice Suh since early 2017, when he joined my company as a part-time employee within our technical internship program.

We at Ridgeline cannot speak highly enough of Mr. Suh. To begin with, he is an extremely talented and reliable individual. Despite being just a university student when hired, Mr. Suh was an invaluable asset to Ridgeline. His natural skills enabled him to contribute to projects that are critical to our operations—something very few individuals have the talent to do, particularly at such a young age. Moreover, he was able to make these contributions with minimal guidance from senior staff members, even when project requirements were unclear.

Mr. Suh has also shown himself to be a trustworthy, reliable, and fundamentally good person. While an intern at the company, we entrusted him with our proprietary technology and equipment. In response, he displayed nothing but integrity, rigor, and professionalism during his employment by our company.

If Mr. Suh were to rejoin Ridgeline or one of its affiliates, I would have no hesitancy entrusting him with our equipment and important company projects again. Indeed, I hope that we will be able to employ Mr. Suh again after he obtains his degree. I would employ a hundred of him if I could.

In short, I am confident that Mr. Suh has a promising future with many great opportunities ahead. While he has clearly made some mistakes in his actions which led to this case, I am confident that he will learn from them and that in the future he will use his strong computer abilities to make a positive

*All information contained in this document is Ridgeline International, Inc. proprietary data.*

impact on society. As such, I respectfully ask you to be lenient in imposing any sentence on Mr. Suh that would impede his ability to move forward with his life and contribute to society. In particular I implore you to not impose any restrictions that will prevent him from utilizing his computer talents in a constructive manner. He has a bright future ahead of him in the technology sector.

Sincerely,

Erik Wittreich, Chief Executive Officer
RIDGELINE INTERNATIONAL, INC.


*All information contained in this document is Ridgeline International, Inc. proprietary data.*

ATLAS RESEARCH

March 27, 2019

The Honorable Rudolph Contreras
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

To the Honorable Rudolph Contreras:

Justice Suh has been a part-time Information Technology (IT) Senior Analyst for Atlas Research for almost 3 years, and he has been an integral part of the Corporate Services Group specializing in IT systems administration, help desk support, and special projects for initiatives that require computer programming and software customization. I serve as the Senior Vice President with direct oversight over Justice's work.

Justice's expertise and experience in computer programming and systems administration far exceed older and more mature IT staff. He joined the staff as an intern during his freshman year in college and has continued to grow in responsibility and reputation within Atlas Research with each successive year. He has been instrumental in helping to deploy new IT systems as our company has grown over 300% during his tenure with us, in ensuring that our IT systems are maintained and effective each day, and in helping to develop and implement new process improvements with a technology backbone. We look forward to his continuing his education in computer science and, hopefully, returning to Atlas as a more senior IT leader.

Justice has been honest and frank about the details of his recent police investigation and criminal charge of computer fraud. He advised us at every stage of the process and offered to resign from his position, but we have insisted that he continue. We believe that the incident arose from an immature decision borne of his growing frustrations with the student organization that he was involved with at Georgetown University and the stresses of dealing with his brothers' personal battles with mental health issues. His actions were so uncharacteristic of the young man we have come to know and love over these recent years, and we were disappointed that things had resulted in a felony conviction.

We believe that he learned important lessons. Justice is a product of hacker culture, where it is "normal" to hack into other computers and to play pranks on each other, but he has learned that such actions have real-world implications and that he must use his tremendous skills in only the most productive and positive ways. He has learned the importance of being mature, professional, and ethical in all that he does. And, at great cost to himself, he learned that actions have consequences and that one must accept them fully.

Instead of using the circumstances around him as excuses for why he did what he did, Justice has been focused on improving his life going forward. He stepped away from his studies and volunteered extensively at a non-profit family service organization while maintaining his commitment and dedication to his work responsibilities with us. He has taken time to reflect on his actions, to engage in therapy sessions, and to find ways to further improve himself. These are tough lessons and even tougher actions to take for a man as young as Justice.

Overall, let me emphasize that Justice is a pleasure to work with. He is naturally inquisitive and eager to tackle the hardest challenges. He is exceptionally reliable and willing to go the extra mile to ensure that deadlines are met and that performance standards are upheld. He is friendly and collegial and communicates effectively, both verbally and in writing. He is a consummate professional and team player, who contributes his expertise and ideas without ego or arrogance. It is not easy to work within a firm consisting of management consultants who are demanding and always in a rush – and, in many cases, several decades older than Justice – and to handle those interactions with confidence and competence. We have been very fortunate in having Justice be a part of the Atlas team through these past years and look forward to his continued contributions. We encourage maximum leniency during his sentencing hearing. Thank you.

Marie Minier, MBA
Senior Vice President