# EXHIBIT D

JUSTICE SUH
2255 WISCONSIN AVENUE, N.W.
APT. 311
WASHINGTON, DC 20007

September 4, 2018

Students of Georgetown, Inc.
1324 Leavey Center
Georgetown, Washington DC, 20057

Dear Members of The Corp,

Thank you for the opportunity to write this letter. I sincerely apologize for my hurtful and destructive actions against The Corp. What I did was very wrong. I am deeply ashamed. Not only did I make The Corp incur financial costs, but I breached the trust of my friends and colleagues at the one place that meant the most to me at Georgetown. As a former member of The Corp, I know that such a loss is not just money, but consisted of the many hours of The Corp staff trying to repair the problems I created. I am so sorry for that. I take full responsibility for my actions and promise to do whatever I can to make this right.

Over the course of my employment with The Corp, I was usually a very hard-working and dedicated employee. But, I made three very regretful decisions – in May 2017, September 2017, and March 2018. I am still trying to figure out myself why I acted the way I did, but I feel that I owe you some explanation. Each of these acts occurred during stressful moments in my personal life. At the same time, I was also experiencing ongoing frustrations with The Corp. I did not deal with my frustrations in a constructive way. Instead, I made impulsive and immature decisions to try to compensate (and wrongly so) for my frustrations. I am not making excuses for my behavior, but trying to explain how this happened. To this day, I still reflect on my actions, and I know that throughout the rest of my life, I will continue to reflect on my actions and the impact they had on an organization that I cared so deeply about.

To those of you who know me, these three incidents are not reflective of the person I am. I devoted thousands of hours to The Corp, including many weekends and sleepless nights at the office attempting to help solve whatever issues arose. I worked around the clock and with great pride. The Corp, and the opportunity to be a part of it, was such an honor. The hardest part about writing this is thinking about how I hurt my friends and co-workers at The Corp. I let The Corp down, which is the last thing I would ever want to do. I considered The Corp to be an integral part of my Georgetown experience. In fact, The Corp defined my time at Georgetown and I was grateful to be a part of it. My intention was never meant to hurt The Corp, an organization that I cared deeply about, and I know that as a result of my foolish and immature actions, I did exactly that.

As a result of my actions toward The Corp, I withdrew from Georgetown University. Please be assured that I have taken all the necessary steps to ensure I never do anything like this again. I have enrolled in counseling, which has helped me recognize the significance of my actions and is giving me the tools to cope with my frustrations in a more productive manner. I have also done approximately 75 hours of community service hours through Northern Virginia Family Service, a non-profit organization that provides services to individuals and families in need. I plan to continue doing this work so that I can, in some way, help others. Community service allows me to put my IT skills to good use and continue to learn from my poor judgments that I made in the past.

I would like to offer to reimburse The Corp for the expenses it has incurred as a result of my actions. My understanding is that The Corp incurred $10,695.62 in expenses. With the permission of The Corp, I would like to pay for these costs. I have given a check for that amount to my lawyer from money that I have earned working part-time jobs over the years. I know that no amount of money can ever replace the time, effort, and frustration that The Corp experienced as a result of my actions, but please accept this money as my attempt to pay for the damage I caused.

I sincerely regret the harm I caused to The Corp. These events are not reflective of the person who I am. I hope you accept my apology and if there is anything else I can do, please let me know. Again, I am so very sorry.

Sincerely,

Justice Suh